1  Law Offices of
   MATTHEW C. MICKELSON
2  MATTHEW C. MICKELSON, ESQUIRE, BAR NO. 203867
   16055 Ventura Boulevard
3  Suite 1230
   Encino, California 91436-2602
4  Tel:    (818) 382-3360
   Fax:    (818) 382-3364
5  E-mail: mattmickelson@bizla.rr.com
   Attorneys for Plaintiff, MILOS (1989) LTD.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  MILOS (1989) LTD., an Israeli corporation, )    CASE NO.
                                              )
13                                            )    CORPORATE PARTY DISCLOSURE
                                              )    STATEMENT AND DISCLOSURE OF
14                                            )    NON-PARTY INTERESTED ENTITIES
                 Plaintiff,                   )    AND PERSONS
15                                            )    (F.R.C.P. 7.1; Local Rule 3-16.)
    v.                                        )
16                                            )
                                              )
17  SUNOPTA GLOBAL ORGANIC                    )
    INGREDIENTS, INC., a California           )
18  corporation,                             )
                                              )
19                                            )
                 Defendant.                   )
20  _____ )

21

22        Pursuant to Federal Rule of Court 7.1, Plaintiff Milos (1989) Ltd. certifies as follows:

23  Plaintiff Milos (1989) Corporation has a parent corporation, Bogofan Ltd.  No other publicly-

24  traded corporation other than Bogofan Ltd. owns 10 percent or more of Milos (1989) Ltd.'s

25  stock.

26        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

27  associations of persons, firms, partnerships, corporations (including parent corporations) or other

28  entities (i) have a financial interest in the subject matter in controversy or in a party to the

_____

                                      1

1  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

2  substantially affected by the outcome of this proceeding: Bogofan Ltd..

3  DATED:   April 16, 2008                              LAW OFFICES OF
                                                        MATTHEW C. MICKELSON

4

5

6                                            By_____
                                                MATTHEW C. MICKELSON
7                                               Attorney for Plaintiff,
                                                MILOS (1989) LTD.
8                                               E-mail: mattmickelson@bizla.rr.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28