| MATTHEW C. MICKELSON<br>16055 VENTURA BLVD.<br>STE 1230<br>ENCINO, CA 91436<br>Telephone: (818) 382-3360<br>Attorney for: PLAINTIFF | State Bar#: 203867<br><br>30037 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT | | |
| MILOS VS SUNOPTA | | |
| PROOF OF SERVICE | | C 08 02109 PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of  SUMMONS AND COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR PACKAGE; ORDER RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:       SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC. A
                          CALIFORNIA CORPORATION
   b. Person served:      PARACORP INCORPORATED, AGENTS, BY SHARON COOKE,
                          PROCESS CLERK

4. Where party was served: 2804 GATEWAY OAKS DRIVE, STE 200, SACRAMENTO,
                           CA 95833

5. I served the party  a.  by personal service. I personally delivered the
                           documents listed in item 2 to the party or person
                           authorized to receive service of process for the
                           party   on 05/08/08 at 2:15 pm

6. The ``Notice to the Person Served''(on the summons) was completed as
   follows:
   c.  on behalf of:
                           SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC. A
                           CALIFORNIA CORPORATION
              under: CCP 416.10 (corporation)

7. Person who served papers:
   ANDY HARRIS                           d. Fee for service was:$ 75.00
   DAVID HIEMENZ ATTY. SVC.,INC          (e)3. Registered Calif. Process Server
   P.O. Box 587                          (i)    I am an independent contractor
   Culver City, CA  90232                (ii)   Reg.No. 81-02
   (310) 292-0624                        (iii)  County: SACRAMENTO

8. I declare under penalty of perjury under the laws of the State
   of California that the foregoing is true and correct.

   Date: 05/20/08

                                              _____
                                                       ANDY HARRIS
Judicial Counsel Form
POS-010(Rev.Jan.1,2007)        PROOF OF SERVICE

Case 5:08-cv-02109-PVT    Document 5    Filed 05/22/2008    Page 2 of 2