UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Milos (1989) Ltd., an Israeli Corporation

No. C 08 02109 PVT

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

v.

SunOpta Global Organic Ingredients, Inc.

Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 4, 2008

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")