Law Offices of
MATTHEW C. MICKELSON
MATTHEW C. MICKELSON, ESQUIRE, BAR NO. 203867
16055 Ventura Boulevard
Suite 1230
Encino, California 91436-2602
Tel:    (818) 382-3360
Fax:    (818) 382-3364
E-mail: mattmickelson@bizla.rr.com
Attorneys for Plaintiff, MILOS (1989) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MILOS (1989) LTD., an Israeli corporation, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SUNOPTA GLOBAL ORGANIC ) <br> INGREDIENTS, INC., a California ) <br> corporation, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C08-02109 PVT <br><br> REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION FOR A STAY; [PROPOSED] ORDER <br><br><br> DATE:          July 1, 2008 <br> TIME:           10 a.m. <br> COURTROOM:  5 <br> Hon. Patricia Trumbull |

---

1
REQUEST TO APPEAR TELEPHONICALLY
C08-02109 PVT

1  Plaintiff Milos (1989) Ltd., by and through its counsel of record Matthew C. Mickelson,
2 hereby requests that its counsel be permitted to appear telephonically at the July 1, 2008 hearing
3 on Defendant SunOpta Global Organic Ingredients, Inc.'s Petition for an Order Compelling
4 Arbitration and Motion for a Stay.
5  Matthew C. Mickelson, counsel for Plaintiff, resides and has his offices in Southern
6 California. Given the current cost of airplane transportation (due to rising fuel prices), it is both
7 convenient and economical to hold the hearing telephonically. In addition, the Petition and
8 Motion and the Opposition to it are not factually complex; as can be seen in the Opposition
9 (which is being filed concurrently), there are only two questions at issue: 1) the procedural
10 irregularities surrounding the timing of the filing of the Petition and Motion, and 2) Plaintiff's
11 assertion that Defendant has breached the arbitration provision in the agreement as a matter of
12 law and therefore cannot be allowed to enforce that provision. Eight exhibits were tendered in
13 opposition, and this should not be too bulky or difficult to handle in a telephonic appearance.
14  Given the convenience and economics of this case and the simplicity of the issues at stake
15 in the hearing, Plaintiff respectfully requests that the Court give Matthew C. Mickelson
16 permission to appear telephonically at 10 a.m. on July 1, 2008.

17 DATED: June 9, 2008        LAW OFFICES OF
                     MATTHEW C. MICKELSON

By:_____
 MATTHEW C. MICKELSON
 Attorney for Plaintiff MILOS (1989)
 LTD.