1  Law Offices of
   MATTHEW C. MICKELSON
2  MATTHEW C. MICKELSON, ESQUIRE, BAR NO. 203867
   16055 Ventura Boulevard
3  Suite 1230
   Encino, California 91436-2602
4  Tel:   (818) 382-3360
   Fax:   (818) 382-3364
5  E-mail: mattmickelson@bizla.rr.com
   Attorneys for Plaintiff, MILOS (1989) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MILOS (1989) LTD., an Israeli corporation, | CASE NO. C08-02109 PVT |
| Plaintiff, | [PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION FOR A STAY; [PROPOSED] ORDER |
| v. | |
| SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., a California corporation, | |
| Defendant. | DATE:          July 1, 2008<br>TIME:          10 a.m.<br>COURTROOM:  5<br>Hon. Patricia Trumbull |

---

1

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY
C08-02109 PVT

The Court finds the following:

1.) The convenience of the parties and the economics of this case make it appropriate for Matthew C. Mickelson, counsel for plaintiff, to appear telephonically for the hearing on the Petition for an Order Compelling Arbitration and Motion for a Stay;

2.) The hearing is on issues that can be appropriately conducted on a telephonic basis.

Accordingly, IT IS HEREBY ORDERED that Matthew C. Mickelson, counsel for Plaintiff Milos (1989) Ltd., be allowed to appear telephonically for the hearing on this matter on July 1, 2008 at 10 a.m.

DATED: _____                    _____
                                         Hon. Patricia Trumbull