STEVEN H. HANEY, SBN 121980
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone: 213-228-6500
Facsimile: 213-228-6501
E-mail: shaney@hbplaw.com

Attorneys for Defendant/Petitioner
Sunopta Global Organic Ingredients, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MILOS (1989) LTD., an Israeli corporation,<br><br>　　　　Plaintiff/Respondent,<br><br>v.<br><br>SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., a California corporation,<br><br>　　　　Defendant/Petitioner. | CASE NO. C08-02109 PVT<br><br>Hon. Judge Patricia V. Trumbull<br><br>**NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION FOR A STAY**<br><br>Date:　July 1, 2008<br>Time:　10:00 a.m.<br>Courtroom:　5 |

　　　Defendant/Petitioner SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., by and through its counsel of record Steven H. Haney, hereby requests that its counsel be permitted to appear telephonically at the July 1, 2008 hearing on its Petition for an Order Compelling Arbitration and Motion for a Stay.

　　　Steven H. Haney, counsel for Defendant/Petitioner, resides and has his offices in Southern California. Given the current cost of airplane transportation (due to rising fuel prices), it is both convenient and economical to hold the hearing telephonically.

///

1  Given the convenience and economics of this case and the simplicity of the issues
2  at stake in the hearing, Defendant respectfully requests that the court give Steven H.
3  Haney permission to appear telephonically at 10 a.m. on July 1, 2008.
4  Dated: June 10, 2008            HANEY, BUCHANAN & PATTERSON, LLP
5
6  By: _____
7  STEVEN H. HANEY
   Attorneys for Defendant/Petitioner
8  Sunopta Global Organic Ingredients, Inc.
   a California Corporation

HANEY, BUCHANAN & PATTERSON L.L.P.
707 WILSHIRE BOULEVARD
FIFTY-THIRD FLOOR
LOS ANGELES, CALIFORNIA 90017
(213) 228-6500

REQUEST TO APPEAR TELEPHONICALLY FOR HEARING