STEVEN H. HANEY, SBN 121980
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone: 213-228-6500
Facsimile: 213-228-6501
E-mail:     shaney@hbplaw.com

Attorneys for Defendant/Petitioner
Sunopta Global Organic Ingredients, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MILOS (1989) LTD., an Israeli corporation,<br><br>　　　　Plaintiff/Respondent,<br><br>v.<br><br>SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., a California corporation,<br><br>　　　　Defendant/Petitioner. | CASE NO. C08-02109 PVT<br><br>Hon. Judge Patricia V. Trumbull<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PETITION FOR ORDER COMPELLING ARBITRATION AND MOTION FOR A STAY<br><br>Date:　　　July 1, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　5 |

The Court finds the following:

1.　The convenience of the parties and the economics of this case make it appropriate for Steven H. Haney, counsel for defendant, to appear telephonically for the hearing on the Petition for an order Compelling Arbitration and Motion for a Stay;

2.　The hearing is on issues that can be appropriately conducted on a telephone basis.

---

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY FOR HEARING

1   IT IS HEREBY ORDERED that Steven H. Haney, counsel for Defendant/Petitioner Sunopta Global Organic Ingredients, Inc. be allowed to appear telephonically for the hearing on this matter on July 1, 2008 at 10:00 a.m.

Dated: _____, 2008

HON. JUDGE PATRICIA V. TRUMBULL

[PROPOSED] ORDER RE REQUEST TO APPEAR TELEPHONICALLY FOR HEARING