STEVEN H. HANEY, SBN 121980
HANEY, BUCHANAN & PATTERSON L.L.P.
707 Wilshire Boulevard, Fifty-Third Floor
Los Angeles, California 90017
Telephone:  213-228-6500
Facsimile:   213-228-6501
E-mail:      shaney@hbplaw.com

Attorneys for Defendant/Petitioner
Sunopta Global Organic Ingredients, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MILOS (1989) LTD., an Israeli corporation,<br><br>            Plaintiff/Respondent,<br><br>v.<br><br>SUNOPTA GLOBAL ORGANIC INGREDIENTS, INC., a California corporation,<br><br>            Defendant/Petitioner. | **CASE NO. C08-02109 PVT**<br><br>Hon. Judge Patricia V. Trumbull<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNTIED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 626(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 20, 2008

_____
Signature
Counsel for Defendant
Sunopta Global Organic Ingredients, Inc.